WALTER WESTON et al., Plaintiffs, *v.* JAMES R. WATTS, Respondent.

In the Matter of ALEXANDER THAIN, as Receiver, Appellant.

*Weston* v. *Watts*, 164 App. Div. 944, appeal dismissed.
(Argued January 6, 1915; decided January 26, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 30, 1914, which affirmed an order of Special Term directing the appellant herein to pay certain moneys to the defendant upon the report of a referee appointed upon motion to compel the said appellant, as receiver in the above-entitled action, to account.

*Lyman E. Warren* for appellant.

*Robert E. McLear* and *Herbert G. McLear* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Not sitting: WILLARD BARTLETT, Ch. J.